

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANDAR A. SNOW, *et al.* | : | CIVIL NO. 3:CV-13-0789 |
| | : | |
| Plaintiffs | : | (Judge Caputo) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| *et al.* | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 5th day of **June 2014, IT IS HEREBY ORDERED THAT** Plaintiff's second Motion for Appointment of Counsel **(Doc. 49)** is **DENIED**. In the event the circumstances of this case should change, the Court will consider a new application for counsel at such time.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: June 5, 2014