IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHANDAR A. SNOW,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:13-0789

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

NOW, this 3rd day of September, 2014, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 63) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 63) is **ADOPTED**.

(2) Plaintiff's Motion for Preliminary Injunction (Doc. 17) is **DENIED**.

(3) Plaintiff's Motion to Stop Summary Judgment and Move Forward with Discovery (Doc. 57) is **DENIED**.

(4) Plaintiff's Motion for Temporary Restraining Order (Doc. 59) is **DENIED**.

(5) Defendants' Motion for Summary Judgment (Doc. 33) is **GRANTED**.

(6) Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all claims.

(7) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge